IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| EDWARD JAMES WILLIAMS | § | |
| v. | § | CIVIL ACTION NO. 5:04cv26 |
| ARVEL SHEPARD, ET AL. | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Plaintiff Edward Williams, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights. This Court ordered that the matter be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Williams complained about the medical care which he received while incarcerated in the Titus County Jail. The Defendants were served with process and ordered to answer the lawsuit, and they filed a motion for summary judgment. On March 21, 2005, the Magistrate Judge issued a Report recommending that the motion for summary judgment be granted. A copy of this Report was sent to Williams but was returned as undeliverable; he submitted a notice of change of address and the Report was re-sent to him. Williams received a copy of the Report on April 12, 2005, but filed no objections thereto; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

1

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge and has determined that this Report is correct. It is accordingly

ORDERED that the Report of the Magistrate Judge is ADOPTED as the opinion of the District Court. It is further

ORDERED that the Defendants' motion for summary judgment is GRANTED. It is further

ORDERED that the above-styled lawsuit be and hereby is DISMISSED with prejudice. Finally, it is

ORDERED that any and all motions which may be pending in this cause are hereby DENIED.

**SIGNED this 23rd day of August, 2005.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE